IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREA GROVE, and TOM GROVE, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:12CV95 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW HERRICK, in his official and individual capacities, MARK CERNY, in his official and individual capacities, and THE CITY OF RALSTON, NEBRASKA, | ) ) ) ) | ORDER ON DEFENDANTS' UNOPPOSED MOTION TO EXTEND REPLY BRIEFING DEADLINE |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the Defendants' Unopposed Motion to Extend Reply Briefing Deadline, ECF No. 19, is granted, and the defendants may on or before September 20, 2012, file and serve their reply in support of their motion to dismiss.

Dated September 5, 2012.

BY THE COURT

*[signature: Warren K. Urbom]*

Warren K. Urbom
United States Senior District Judge