IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, and TOM GROVE, <br><br> Plaintiffs, <br><br> V. <br><br> MATTHEW HERRICK, in his official and individual capacities, MARK CERNY, in his official and individual capacities, and THE CITY OF RALSTON, NEBRASKA, <br><br> Defendants. | 8:12CV95 <br><br> ORDER |

    This matter is before the Court on Joseph Muller's motion to withdraw as counsel for Plaintiffs (filing 32).  Upon the representation that Plaintiffs will continue to be represented in this matter, the motion will be granted.

    **IT IS ORDERED:**

1. The Motion to Withdraw (filing 32) is granted.

2. The Clerk of Court shall terminate Joseph Muller's appearance as counsel for Plaintiffs and shall terminate future notices to Mr. Muller in this action.

**DATED October 29, 2013.**

                                      **BY THE COURT:**

                                      **S/ F.A. Gossett**
                                      **United States Magistrate Judge**