IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE and TOM GROVE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>MATTHEW HERRICK, in his official and individual capacities; MARK CERNY, in his official and individual capacities; and THE CITY OF RALSTON, NEBRASKA,<br><br>   Defendants. | Case No. 8:12CV95<br><br>ORDER |

This case is before the court following the Defendants' Status Report (#37) concerning the status of the plaintiffs' state court appeal.

**IT IS ORDERED:**

1. The stay entered in this case on October 23, 2013 (Text Order, #31), is hereby lifted.

2. The parties shall file their R. 26(f) parties planning report on or before **July 14, 2014.**

3. A Rule 16 planning conference is set for **August 22, 2014, at 10:30 A.M.,** to be held by telephone call initiated by counsel for the plaintiffs.

Dated this 2nd day of July 2014.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge