## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, and TOM GROVE,<br><br>        **Plaintiffs,**<br><br>    **vs.**<br><br>**MATTHEW HERRICK, in his official and individual capacities; MARK CERNY, in his official and individual capacities; and THE CITY OF RALSTON, NEBRASKA,**<br><br>        **Defendants.** | **CASE NO. 8:12CV95**<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 43).  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The above-captioned matter should be dismissed with prejudice, with the parties to pay their own costs and attorney's fees, and the complete record waived.  Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 43) is approved;

2. The above-captioned matter is dismissed with prejudice;

3. The parties will pay their own costs and attorney's fees; and

4. All pending motions are denied as moot, and the complete record is waived.

Dated this 7th day of August, 2014.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge